Tony S. Adderley, Esq.  (310) 504-2151
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EARL WILDER, JR., | Case No.: CV16 - 9635 MWF (JPR) |
| Applicant, | |
| vs. | ORDER OF DISMISSAL |
| NANCY A. BERRYHILL, acting COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,, | |
| Defendant | |

Based upon the parties' STIPULATION FOR DISMISSAL, the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs and expenses.

Dated August 18, 2017

_____
JEAN ROSENBLUTH
United States Magistrate Judge

- 1